JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 721,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROSANNA MENDEZ, an individual, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:14-cv-05598-R-MANx<br><br>Judge: Hon. Manuel L. Real<br>Complaint Filed: July 18, 2014<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

　　　Pursuant to the Stipulation for Dismissal by and between plaintiff Service Employees International Union, Local 721 and defendant Rosanna Mendez, through their respective attorneys:

　　　IT IS HEREBY ORDERED that this entire action be and hereby is dismissed with prejudice, and that each party shall bear its or her own costs and attorneys' fees incurred in connection with the action.

Dated: February 25, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE